1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7256
7       FAX: (415) 436-7234
        Maya.Karwande@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              )  NO. 21-CR-00072-JD
                                            )
14 |        Plaintiff,                      )  STIPULATION AND ORDER CONTINUING
                                            )  HEARING AND EXCLUDING TIME UNDER
15 |    v.                                  )  THE SPEEDY TRIAL ACT FROM APRIL 19,
                                            )  2021 TO JUNE 1, 2021
16 | DEONTE LAMAR BROWN,                    )
                                            )
17 |        Defendant.                      )
                                            )
18

19        The above captioned matter is currently set for a status hearing before the Honorable James

20 Donato on April 20, 2021 at 1:00 p.m.  It is hereby stipulated by and between counsel for the United

21 States and counsel for the defendant Deonte Lamar Brown that the status be vacated, that a change of

22 plea hearing be set for June 1, 2021 at 10:30 a.m., and that time be excluded under the Speedy Trial Act

23 from April 19, 2021 through June 1, 2021.

24        The parties stipulate and agree that time be excluded under the Speedy Trial Act so that defense

25 counsel can continue to prepare, including by conferring with the defendant regarding the plea offer and

26 reviewing discovery.  The parties stipulate and agree that excluding time until June 1, 2021 will allow

27 for the effective preparation of counsel and will further the public interest in the prompt disposition of

28 this matter by allowing the parties to potentially resolve the matter at an early stage of the proceedings.

1 | *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served
2 | by excluding the time from April 19, 2021 through June 1, 2021 from computation under the Speedy
3 | Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
4 | 3161(h)(7)(A), (B)(iv).
5 |       The undersigned Assistant United States Attorney certifies that she has obtained approval from
6 | counsel for the defendant to file this stipulation and proposed order.
7 |       IT IS SO STIPULATED.

DATED: 4/19/2021

/s/
MAYA KARWANDE
Assistant United States Attorney

DATED: 4/19/2021

/s/
DAVID RIZK
Counsel for Defendant Deonte Lamar Brown

STIPULATION AND ORDER CASE NO.
21-CR-00072-JD

V. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the status set for April 20, 2021 at 1:00 pm is vacated, that a change of plea hearing is set for June 1, 2021 at 10:30 am, and that failing to exclude the time from April 19, 2021 through June 1, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the time from April 19, 2021 through June 1, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status set for April 20, 2021 at 1:00 pm is vacated, that a change of plea hearing is set for June 1, 2021 at  2:00 pm and that the time from April 19, 2021 through June 1, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   April 20, 2021

_____
HON. JAMES DONATO
United States District Court Judge